

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00902-CV

**ESTATE OF MANUEL G. FLORES, DECEASED**

From the County Court, Bandera County, Texas
Trial Court No. 17-0030
Honorable Richard A. Evans, Judge Presiding

PER CURIAM

Sitting:  Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: January 9, 2019

DISMISSED FOR WANT OF PROSECUTION

The docketing statement and a filing fee of $205.00 were due when appellant filed his notice of appeal. *See* TEX. R. APP. P. 32.1 (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). We issued an order on December 13, 2018, notifying appellant that the filing fee had not been paid and the docketing statement had not been filed. We ordered appellant to pay the filing fee and file the docketing statement on or before December 27, 2018. Our order advised appellant that if the filing fee was not paid and the docketing statement was not filed, this appeal would be dismissed.

The filing fee has not been paid and the docketing statement has not been filed. We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order); *In the Interest of E.J.V.*, No. 04-18-00035-CV, 2018 WL 1511773, at *1 (Tex. App.—San Antonio Mar. 28, 2018, no pet.) (mem. op.) (per curiam) (dismissing appeal, in part, for failure to comply with order to file docketing statement).

PER CURIAM